AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Western District of Texas

International Women's Day March Committee
and the San Antonio Free Speech Coalition

V.

City of San Antonio, Mayor Hardberger, City
Manager Sculley, Chief of Police McManus

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: SA07CA0971XR

TO: (Name and address of Defendant)

City Manager Sheryl L. Sculley
City of San Antonio
City Clerk Leticia M. Vacek
City Hall
100 Military Plaza
San Antonio, Texas 78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Kastely, 922 San Pedro, San Antonio, Texas 78212

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki

CLERK

(By) DEPUTY CLERK

DATE  NOV 2 9 2007

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

        Western        District of        Texas

International Women's Day March Committee
and the San Antonio Free Speech Coalition

V.

City of San Antonio, Mayor Hardberger, City
Manager Sculley, Chief of Police McManus

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
**SA07CA0971 XR**

TO: (Name and address of Defendant)

Mayor Phil Hardberger
City of San Antonio
City Clerk Leticia M. Vacek
City Hall
100 Military Plaza
San Antonio, Texas 78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Kastely, 922 San Pedro, San Antonio, Texas 78212

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki

CLERK

(By) DEPUTY CLERK

DATE  NOV 29 2007

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

International Women's Day March Committee
and the San Antonio Free Speech Coalition

V.

City of San Antonio, Mayor Hardberger, City
Manager Sculley, Chief of Police McManus

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**SA07CA0971XR**

TO: (Name and address of Defendant)

    Chief of Police William P. McManus
    City of San Antonio
    City Clerk Leticia M. Vacek
    City Hall
    100 Military Plaza
    San Antonio, Texas 78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Kastely, 922 San Pedro, San Antonio, Texas 78212

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki

CLERK

_(signature)_

(By) DEPUTY CLERK

NOV 2 9 2007

DATE

COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

Western District of Texas

International Women's Day March Committee and the San Antonio Free Speech Coalition

V.

City of San Antonio, Mayor Hardberger, City Manager Sculley, Chief of Police McManus

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

SA07CA0971XR

TO: (Name and address of Defendant)

City of San Antonio
City Clerk Leticia M. Vacek
City Hall
100 Military Plaza
San Antonio, Texas 78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Kastely, 922 San Pedro, San Antonio, Texas 78212

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki

CLERK

(By) DEPUTY CLERK

DATE   NOV 29 2007