# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INTERNATIONAL WOMAN'S DAY MARCH PLANNING COMMITTEE, an unincorporated association, and SAN ANTONIO FREE SPEECH COALITION, an unincorporated association, | ) ) ) ) ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | CIVIL ACTION NO. SA-07-CA-971-XR |
| CITY OF SAN ANTONIO, PHIL HARDBERGER, in his Official Capacity as Mayor of the City of San Antonio; SHERYL L. SCULLEY, in her Official Capacity as City Manager of the City of San Antonio; and WILLIAM P. MCMANUS, in his Official Capacity as Chief of Police of the City of San Antonio, | ) ) ) ) ) ) ) ) | Plaintiffs' Notice of Dismissal of Individual Defendants |
| **Defendants.** | ) | |

## PLAINTIFFS' NOTICE OF DISMISSAL OF INDIVIDUAL DEFENDANTS

Now come Plaintiffs with Notice of Dismissal of Individual Defendants and their accompanying Motion for Leave to File Plaintiffs' First Amended Complaint.  In support of this Notice and Motion, Plaintiffs allege and would show as follows:

1. In the interest of judicial economy and for the ease of all parties and the Court, Plaintiffs voluntarily dismiss their "official capacity" claims against the individual defendants.

2. The First Amended Complaint: (1) omits the "official capacity" claims and (2) adds claims regarding the City's interpretation and application of the Old Parade Ordinance.

3. Assistant City Attorney Deborah Klein has indicated that she has no objection to this notice and motion.

Dated: January 14, 2008

Respectfully submitted,

_____/s/_____

Amy Kastely
Attorney for Plaintiffs
Texas Bar No. 24006638
405 N. St. Mary's, Suite 110

San Antonio, TX 78212
210 639-9790 (phone)
210 224-2204 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on, January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to Assistant City Attorneys Deborah Klein and Cathy Sheehan, Attorneys for Defendants.


_____/s/_____

Amy Kastely