UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| INTERNATIONAL WOMEN'S DAY MARCH PLANNING COMMITTEE, *et al.* | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. SA-07-CA-971-XR ) |
| VS. | ) ) |
| CITY OF SAN ANTONIO, *et al.* | ) ) |
| Defendants. | ) |

## ORDER

Having received Plaintiffs' Notice of Dismissal of Individual Defendants, the Court DISMISSES as moot Defendants' Motion to Dismiss (Docket No. 9).

SIGNED this 15th day of January, 2008.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE